

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable R. S. Wyche
County Auditor
Gregg County
Longview, Texas

Dear Sir:

Opinion No. O-4720
Re: Son of County Commissioner may
be appointed Assistant Criminal
District Attorney.

Your request for opinion upon the following question:

"Can the son of a County Commissioner of Gregg County, otherwise qualified, be legally appointed as Assistant Criminal District Attorney of Gregg County, Texas, and without violating the provisions of Art. 432, Penal Code of the State of Texas, and other statutes pertaining to nepotism?"

has been received and carefully considered by this department.

It is our opinion that your question should be answered in the affirmative and it is so answered. See opinions Nos. O-450, O-1951 and O-4350 of this department which are enclosed herewith for your information.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Wm. J. Fanning
Assistant

WJF:mp
Encl.

APPROVED JUL 24, 1942

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS


RECEIVED
OPINION
COMMITTEE
BY
CHAIRMAN